# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2022 ND 232

In the Matter of Wolff

Birch P. Burdick, State's Attorney,                          Petitioner and Appellee

v.

Jeffrey Keith Wolff,                          Respondent and Appellant

### No. 20220160

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable Stephannie N. Stiel, Judge.

AFFIRMED.

Per Curiam.

Ryan J. Younggren, Assistant State's Attorney, Fargo, ND, for petitioner and appellee.

Tyler J. Morrow, Grand Forks, ND, for respondent and appellant.

# Matter of Wolff
## No. 20220160

**Per Curiam.**

[¶1]   Jeffrey Wolff appeals from an order denying his petition for discharge from civil commitment as a sexually dangerous individual. Wolff argues the district court erred when it found there was clear and convincing evidence that he has a serious difficulty controlling his behavior. Applying our modified clearly erroneous standard of review, *see In re Carter*, 2019 ND 112, ¶ 3, 924 N.W.2d 112, we summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
       Gerald W. VandeWalle
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte

1